| AO 10<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2017** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Messitte, Peter J. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/08/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | American University Washington College of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/04 | Pension Plan - State of Maryland Judiciary |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/08/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/17 | State of Maryland Judiciary - Pension Payments | $53,623.00 |
| 2. 12/31/17 | American University Washington College of Law - Teaching | $12,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Rule of Law Initiative (LAC) | 5/8/17-5/12/17 | Lima, Peru | Visit to Law Reform Prject | Partial Transportation/Hotel/Meals |
| 2. | Levin College of Law University of Florida | 7/13/17-7/14/17 | Gainesville, FL | Educational Seminar | Transportation, Hotel, Meals |
| 3. | ABA Rule of Law Initiative (LAC) | 8/10/17-8/11/17 | New York, NY | Educational Seminar | Partial Transportation/Hotel |
| 4. | University of Sao Paulo Law School | 10/2/17-10/6/17 | Sao Paulo, Brazil | Educational Seminar | Transportation, Hotel, Meals |
| 5. | Fernando Henrique Cardoso Foundation | 11/30/17-12/13/17 | Sao Paulo, Brazil | Educational Seminar | Transportation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Messitte, Peter J.** | 05/08/2018 |

6. Institute of Public Law (Brazil)    12/4/17-12/8/17    Sao Paulo, Brazil    Education    Hotel

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Messitte, Peter J.** | 05/08/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | K | T | | | | | |
| 2. Capital One Bank, Chevy Chase, MD | A | Interest | M | T | | | | | |
| 3. Sun Trust Bank, Chevy Chase, MD | A | Interest | L | T | | | | | |
| 4. PJM/IRA (Wells Fargo) (same as #5 to #37) | D | Dividend | N | T | | | | | |
| 5. PJM/IRA (Wells Fargo) | D | Distribution | N | T | Distributed (part) | 12/31/17 | J | | See Part VIII |
| 6. American Funds: Euro Pacific Growth Fund Cl A | A | Dividend | K | T | | | | | |
| 7. Fed Eq Fds. Kaufman Large Cap Fd | A | Dividend | K | T | | | | | |
| 8. Fed Eq Fds. Kaufman Large Cap Fd | A | Dividend | K | T | Sold (part) | 8/2/17 | J | A | |
| 9. Royce Penn Mutual Fund | A | Dividend | J | T | | | | | |
| 10. Blackrock US Opp. Portfolio Fd | A | Dividend | J | T | | | | | See Part VIII |
| 11. American Funds Growth Fd of Am ClF2 | A | Dividend | K | T | | | | | |
| 12. American Funds Growth Fd | A | Dividend | K | T | Sold (part) | 8/2/17 | J | A | |
| 13. Henderson Int Opp Fd Cl W | A | Dividend | K | T | | | | | See Part VIII |
| 14. Lord Abbett Dev Growth Fd Cl F | A | Dividend | K | T | | | | | |
| 15. Lord Abbett Dev Growth Fd Cl F | A | Dividend | K | T | Sold (part) | 8/2/17 | J | A | |
| 16. MFS Value Fd Cl A | A | Dividend | K | T | | | | | |
| 17. MFS Value Fd Cl A | A | Dividend | K | T | Sold (part) | 8/2/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Dev Mkts Fd C1 Y FDS | A | Dividend | K | T | | | | | |
| 19. Thornburg Inv Inc Bldr Fd C1 I | A | Dividend | J | T | | | | | |
| 20. Thornburg Inv. Inc. Bldr Fd C1 1 | A | Dividend | J | T | Sold (part) | 8/2/17 | J | A | |
| 21. John Hancock Disc Val MDCP | A | Dividend | K | T | | | | | |
| 22. John Hancock Disc Val MDCP | A | Dividend | K | T | Sold (part) | 8/1/17 | J | A | |
| 23. 1 Shares Core Emerg Mkts | A | Dividend | J | T | Buy | 8/2/17 | J | | |
| 24. 1 Shares Core S&P 500 | A | Dividend | J | T | Buy | 8/2/17 | J | | |
| 25. 1 Shares S&P Small Cap | A | Dividend | K | T | Buy | 8/2/17 | K | | |
| 26. First Trust Sabrient Small Cap. Growth | A | Dividend | K | T | | | | | |
| 27. First Trust Sabrient Small Cap Growth | A | Dividend | J | T | Buy | 7/25/17 | K | | |
| 28. John Hancock Fds. Int. Growth | A | Dividend | K | T | | | | | |
| 29. First Trust Dorsey Wright Rel. | A | Dividend | J | T | | | | | |
| 30. Baron Inv. Fds. Tr. Growth Fd. | A | Dividend | J | T | | | | | |
| 31. Mainstay Fds. Tax-Free Bd Fd C1 | A | Dividend | J | T | | | | | |
| 32. Putnam Asset Alloc. Fd Dynamic Asset | A | Dividend | J | T | | | | | |
| 33. Ridgeworth Fds. Int Equity Fd | A | Dividend | J | T | | | | | See Part VIII |
| 34. Ridgeworth Fds. Ceredex Mid-Cap Value | A | Dividend | K | T | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Touchstone Strategic Tr Focused Fd Y | A | Dividend | J | T | | | | | |
| 36. Stadion Inv. Tr. Tactical Growth Fd. | A | Dividend | J | T | | | | | |
| 37. Neuberger Berman Equity Inc. Fd. | A | Dividend | J | T | | | | | |
| 38. SM/IRA (Wells Fargo) (same as #39 to #47) | A | Dividend | K | T | | | | | |
| 39. SM/IRA (Wells Fargo) | A | Dividend | K | T | Distributed (part) | 12/31/17 | J | | See Part VIII |
| 40. Blackrock US Opp Portfolio Fd | A | Dividend | J | T | | | | | See Part VIII |
| 41. Fd Eq Fds. Kaufmann Lge Cap Fd Inst C1 | A | Dividend | J | T | | | | | |
| 42. Oppenheimer Dev. Mkts C1 Y FDS | A | Dividend | J | T | | | | | |
| 43. First Trust Sabrient Bakers Dozen | A | Dividend | J | T | | | | | |
| 44. Putnam Asset Alloc Fd Dynamic Ass. | A | Dividend | J | T | | | | | |
| 45. 1 Shares Core Emerg Mkt | A | Dividend | J | T | Buy | 8/2/17 | J | | |
| 46. 1 Shares Corp S&P 500 | A | Dividend | J | T | Buy | 8/2/17 | J | | |
| 47. 1 Shares S&P Small Cap | A | Dividend | J | T | Buy | 8/2/17 | J | | |
| 48. SM/PJM (Wells Fargo) (same as #49 to #84) | E | Dividend | N | T | | | | | |
| 49. Henderson Global Eq. Inc. Fd C1 1 | A | Dividend | J | T | | | | | See Part VIII |
| 50. Henderson Global Eq. Inc. Fd C1 1 | A | Dividend | J | T | Sold (part) | 8/2/17 | J | A | |
| 51. American Income Co. Fd. of America, F2 | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blackrock US Opp Ins | A | Dividend | J | T | | | | | See Part VIII |
| 53. American Europacific Growth Fd F2 | A | Dividend | J | T | | | | | |
| 54. American Funds Growth Fd. of Amer Class F2 | A | Dividend | K | T | | | | | |
| 55. American Fds. Inv. Co. of Amer C1 F2 | A | Dividend | K | T | | | | | |
| 56. American Fds. Inv. Co. of Amer C1 F2 | A | Dividend | K | T | Sold (part) | 8/2/17 | J | A | |
| 57. Lord Abbett Dev Growth Fd C1 F | A | Dividend | J | T | | | | | |
| 58. MFS Value I (ME11X) | A | Dividend | J | T | | | | | |
| 59. MFS Value I (ME11X) | A | Dividend | J | T | Sold (part) | 11/16/17 | J | A | |
| 60. Invesco Eq & Inc Fd C1 Y | A | Dividend | J | T | | | | | |
| 61. Invesco Eq & Inc Fd C1 Y | A | Dividend | J | T | Sold (part) | 8/2/17 | J | A | |
| 62. Invesco Eq & Inc Fd C1 Y | A | Dividend | J | T | Sold (part) | 11/16/17 | J | A | |
| 63. John Hancock Disc Val Mid Cap Fd | A | Dividend | J | T | | | | | |
| 64. Unit AAM Corporate Dial High Inc 58 | A | Interest | | | Sold | 7/6/17 | J | A | See Part VIII |
| 65. First Tr. Dorsey Wright Rel. | A | Interest | K | T | | | | | |
| 66. First Tr. Dorsey Wright Rel. | A | Dividend | K | T | Sold (part) | 11/16/17 | K | D | |
| 67. Fd Eq. Fds Kaufmann Lge Cap Fd. C1 1 | A | Dividend | J | T | | | | | |
| 68. Fd Eq. Fds Kaufmann Lge Cap Fd. C1 1 | A | Dividend | J | T | Sold (part) | 8/2/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. First Trust Sabrient Small Cap Growth | A | Dividend | J | T | | | | | |
| 70. First Trust Sabrient Small Cap. Growth | A | Dividend | J | T | Buy | 7/25/17 | J | | |
| 71. Baron Inv. Fds. Tr. Growth Fd. | A | Dividend | K | T | | | | | |
| 72. Mainstay Fds. Tax-Free Bd Fd C1 1 | A | Dividend | J | T | | | | | |
| 73. Putnam Asset Alloc Fd. Dynamic Asset | A | Dividend | J | T | | | | | |
| 74. Ridgeworth Fds. Intl. Eq. Fd C1 1 | A | Dividend | J | T | | | | | See Part VIII |
| 75. Ridgeworth Fds. Ceredex Mid-Cap Value | A | Dividend | J | T | | | | | See Part VIII |
| 76. Touchstone Strategic Tr. Focused Fd Y | A | Dividend | J | T | | | | | |
| 77. Stadion Inv. Tr. Tactical Growth Fd. | A | Dividend | J | T | | | | | |
| 78. Neuberger Berman Eq. Inc. Fds. | A | Dividend | J | T | | | | | |
| 79. Guggenheim Under-Valued Top Picks | A | Dividend | K | T | | | | | |
| 80. First Tr Emerging Port Mkts - Strength | A | Dividend | K | T | | | | | |
| 81. First Tr Euro Deep Value Div | A | Dividend | K | T | | | | | |
| 82. 1 Shares Core Emerg Mkts | A | Dividend | J | T | Buy | 8/2/17 | J | | |
| 83. 1 Shares Core S&P 500 | A | Dividend | J | T | Buy | 8/2/17 | J | | |
| 84. 1 Shares S&P Small Cap | A | Dividend | J | T | Buy | 8/2/17 | J | | |
| 85. Rental Property in ▓▓▓▓ | A | Rent | M | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Maryland College Investment Plan #1 Portfolio 2021 (no control) | A | Interest | K | U | | | | | |
| 87. Maryland College Investment Plan #2 Portfolio 2021 (no control) | A | Interest | K | U | | | | | |
| 88. Maryland College Investment Plan #3 Portfolio 2021 (no control) | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/08/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Elaboration of Part VII

#5 - Previously unreported Distributions from PJM/IRA
     12/31/16  J
     12/31/15  J
     12/31/14  J
     12/31/13  J

#10 - Name changed to Blackrock Funds
           Int. Growth I
           High Equity Inc. Fd

#13 - Name changed to Henderson Global Inc. Fd. C1 1

#33 - Name changed to Virtus Funds
           WCM Int. Eq.
           Fund C1 1

#34 - Name changed to Virtus Assets Tr
           Ceredex Mid Cap Val
           Eq. C1 1

#39 - Previously unreported Distributions from SM/IRA
     2016   J
     2015   J

#40 - Name changed to Blackrock Funds
           Int Growth I
           High Equity Inc. Fd

#49 - Name changed to Henderson Global Inc. Fd. C1 1

#52 - Name changed to Blackrock Funds
           Int Growth I
           High Equity Inc. Fd

#64 - The correct name of this asset should have been listed as:
           Advisors Asset Mgt
           Act Nav/Dial High Inc
           Opps SR 58 ADT 917

#74 - Name changed to Virtus Funds
           WCM Int. Eq.
           Fund C1 1

#75 - Name changed to Virtus Assets Tr
           Ceredex Mid Cap Val
           Eq. C1 1

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter J. Messitte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544